AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y

FILED

APR - 7 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| Bergens CHARLES | ) | Case No.   8:26-PO-30 (GLF) |
| Lony CINE | ) | |
| Emmanuel DESIL | ) | |
| Davidson DUBOIS | ) | |
| Abdias ISNA | ) | |
| | ) | |

Defendants.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of April 04, 2026, in the county of Franklin in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | The defendants, aliens and citizens of Haiti, unlawfully entered the United States at a place not authorized for the entrance of immigrants. |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

*D. Matthews*    4/6/26 - 9:15AM

*Complainant's signature*

U.S. Border Patrol Agent Dustin M. Matthews

*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rues of Criminal Procedure.

Date:   *APRIL 7, 2026*

*Judge's signature*

City and State:    Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge

*Printed name and title*

*United States of America v* **Bergens, CHARLES & et al.**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dustin Matthews, hereby depose and state under penalty of perjury:

1.      I am a Border Patrol Agent (BPA) with the United States Department of Homeland Security (DHS), Bureau of Customs and Border Protection (CBP), United States Border Patrol (USBP) assigned to the Burke Border Patrol Station. I have been a Border Patrol Agent since December 2009. My primary duty is to assist in the prevention of illicit trafficking of people and contraband between the official ports of entry. My authority to perform this mission is articulated in the Immigration and Nationality Act, sections 235 and 287, and Title 8 U.S.C. Section 1357. These bodies of law relate to, among other things, a Border Patrol Agents authority to interrogate any alien or person believed to be an alien, and to make an arrest of any alien who is entering or attempting to enter the United States in violation of the immigration laws. To enforce these laws, I have received training at the Federal Law Enforcement Training Center in Artesia, New Mexico in Law, Operations, Firearms, Driving Techniques, and Physical Techniques. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2.      I submit this affidavit in support of a criminal complaint charging defendants with violating 8 U.S.C. § 1325(a)(1), entry without inspection.

3.      On April 4, 2026, at approximately 12:35 AM, Border Patrol Agents assigned to the Burke Border Patrol Station observed a white SUV bearing Florida license plates entering the station's area of responsibility while monitoring electronic surveillance equipment. The vehicle was initially detected traveling north on CR-52 in Chateaugay, NY. The late hour and the presence of an out-of-state vehicle traveling toward the US/Canada International Border raised agents' suspicions.

4.      Shortly thereafter, the SUV was observed traveling north on Sandy Knoll Road, a rural area known for frequent smuggling activity due to its proximity to the border and multiple points of egress. Agents strategically positioned themselves along Chasm Road and CR-52 in anticipation of the vehicle's return.

*United States of America v* **Bergens, CHARLES & et al.**

5.     As anticipated, the SUV was detected traveling southbound on Sandy Knoll Road toward Chasm Road. Agents stationed on CR-52 observed the vehicle's headlights and activated their emergency takedown lights to illuminate the SUV as it passed. Agents noted that the vehicle appeared to be occupied beyond its safe operating capacity.

6.     Suspecting a potential human smuggling event, agents followed the SUV, which was identified as a white Kia Sportage with Florida license plate FUWQ95. As the vehicle approached the intersection of NY State Route 11 and CR-52, agents initiated a vehicle stop at approximately 1:20 AM.

7.     Upon approach, agents identified themselves as U.S. Border Patrol Agents. The vehicle was occupied by two males in the front seats and four males in the back seat. All passengers, except the driver, appeared to be wet from the waist down and covered in burdocks, consistent with having walked through wooded terrain. The driver, later identified as S.A, was dry and showed no signs of having traveled through the woods.

8.     When questioned, S.A. stated he was coming from a local motel in Plattsburgh, NY, a location known to be associated with smuggling operations. He further claimed to have traveled from New Jersey prior to his stay at the motel. S.A. declined to identify the other occupants. When questioned, all passengers (later identified as: Bergens, CHARLES; Lony, CINE; Emmanuel, DESIL; Davidson, DUBOIS and Abdias, ISNA) stated they were citizens of Haiti, as did S.A. The passengers admitted to having crossed the border earlier that night.

9.     All individuals in the vehicle were placed under arrest and transported to the Burke Border Patrol Station for further record checks interviews and processing.

10.     At the station, CHARLES was issued *Miranda* warnings and agreed to speak without an attorney. CHARLES stated that he did in fact cross illegally into the United States from Canada. CHARLES said that he had to pay $1,500 Canadian to cross the border. CHARLES said that he crossed with all the people who were in the holding cell with him. CHARLES stated that he expected to pay $200.00 dollars to the person who picked him up for a ride to Plattsburgh, NY.

*United States of America v* **Bergens, CHARLES & et al.**

11.   Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the

defendants with illegal entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

*D. Matthews*

Dustin M. Matthews
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:   APRIL 7, 2026

Hon. Gary L. Favro
United States Magistrate Judge